JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PARUIR SHAMIRYAN, | Case No. CV 24-10010-GW-MARx |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| MERCEDES-BENZ USA, LLC, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 12, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE